UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

KEVIN PATRICK CAGE,　　　　　　　　　　　　　　　　**INDICTMENT**

        Defendant.

_____

The Grand Jury charges:

**Felon in Possession of a Firearm and Ammunition**

On or about September 17, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

KEVIN PATRICK CAGE,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Smith & Wesson SD9VE 9mm pistol and one or more rounds of BRAND 9mm ammunition, both of which were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

                      A TRUE BILL

                      [ /s/ Redacted ]
                      GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
CONSTANCE TURNBULL
Assistant United States Attorney