UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:25-cr-3

    Hon. Hala Y. Jarbou

KEVIN PATRICK CAGE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 19, 2025, Magistrate Judge Sally J. Berens issued a Report and Recommendation recommending that the guilty plea of Kevin Patrick Cage as to the Indictment be accepted. (R&R, ECF No. 26.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on April 2, 2024. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1. The R&R (ECF No. 26) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charge set forth in the Indictment.

3. Defendant shall remain detained pending sentencing, now scheduled for **July 8, 2025**.


Dated: April 4, 2025    /s/ Hala Y. Jarbou
                                        HALA Y. JARBOU
                                        CHIEF UNITED STATES DISTRICT JUDGE